# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

DEANGELO SANDERS,

        Petitioner,          :    Case No. 1:25-cv-00550

    - vs -                     District Judge Michael R. Barrett
                                Magistrate Judge Michael R. Merz

WARDEN, Madison Correctional
  Institution,

                          :
        Respondent.

## DECISION AND ORDER DENYING MOTION TO STRIKE

This habeas corpus case is before the Court on Petitioner's Motion to Strike (ECF No. 30) Respondent's Response (ECF No. 29) to Petitioner's Objections (ECF No. 28).  Petitioner's theory is that Respondent filed the Response late without an extension of time.

Petitioner claims his Objections were placed in the prison mailing system on March 9, 2026, and mailed to Respondent the same day (ECF No. 28, PageID 2495).  That is obviously incorrect because the Report and Recommendations to which these Objections relate was not filed until March 25, 2026, and obviously not received by Petitioner until sometime later, so he could not have mailed objections on March 9, 2026.

Under Fed.R.Civ.P. 72, a party who receives objections has fourteen days to respond.  If the objections are served by mail, three days are added.  Petitioner's Objections were received by the Clerk and docketed on April 17, 2026.  The Response was filed on May 4, 2026, two days

1

before the due date calculated from April 17.

Petitioner's Motion to Strike is without merit and is hereby DENIED.

May 20, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge